IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-11-521 |
| | * | |
| KENNETH ROBINSON | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM & ORDER

Now pending is the motion filed by Kenneth Robinson seeking reconsideration of this court's decision to deny his request for compassionate release. The motion for reconsideration and Mr. Robinson's related correspondence (ECFs 181, 182, 185) have been reviewed.

The court's denial of Mr. Robinson's initial motion recognized the risk the coronavirus presented to him and indeed considered that risk an "extraordinary and compelling reason" for release. The applicable § 3553(a) factors, however, did not weigh in favor of release, (*see* ECF 173), and nothing presented by Mr. Robinson in his filing changes that balance. While reaffirming that prior ruling, the court also will clarify that it did not rely on the percentage of the sentence Mr. Robinson has served as dispositive, but only as one of the factors in the overall balance. *See United States v. Kibble*, 992 F.3d 326, 331 (4th Cir. 2021).

In summary, while the court is sympathetic to Mr. Robinson's concern that he is at risk of serious illness related to COVID-19, he has shown no basis for reconsideration at this time. The motion for reconsideration is Denied.

So Ordered this   17th   day of May, 2021.

/S/
Catherine C. Blake
United States District Judge

1